UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-187** |
| v. | * | SECTION: "P" |
| **OTRAVIOUS ROMEL HARRIS SR.** | * | |

\* \* \*

## GOVERNMENT'S NOTICE OF APPEAL

The United States of America hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment imposed and entered on September 9, 2025. *See* R. Doc. 64.

    Respectfully submitted,

    MICHAEL M. SIMPSON
    ACTING UNITED STATES ATTORNEY


    */s/ Maurice Landrieu*
    MAURICE LANDRIEU
    Assistant United States Attorney
    La. Bar No. 22104
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3015
    Email: maurice.landrieu@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                */s/ Maurice Landrieu*
                                                MAURICE LANDRIEU
                                                Assistant United States Attorney